# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:05CV86
## (3:01CR183)

| | |
|---|---|
| JIMMY LEE WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Petitioner's motion to reconsider.

On November 4, 2004, the Fourth Circuit Court of Appeals filed an Order and Judgment dismissing the Petitioner's appeal in that Court. The 90-day period within which to petition the United States Supreme Court for a writ of *certiorari* began to run from the date of filing of that Order and Judgment in the Fourth Circuit, not the date on which those documents were received from the Circuit and entered on the docket in this Court. ***United States v. Sosa*, 364 F.3d 507, 509 (4th Cir. 2004) (the 90-day period begins to run from the time the Circuit entered its judgment).**

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion to reconsider is hereby **DENIED.**

**Signed: May 10, 2005**

Lacy H. Thornburg
United States District Judge