# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

CIVIL NO. 3:05CV86
(3:01CR183)

| | |
|---|---|
| **JIMMY LEE WILLIAMS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on the Petitioner's second motion to reconsider.

Because this Court has considered and reconsidered again the same issue presented in this second "motion for reconsideration," no further pleadings concerning this issue may be filed by the Petitioner.

**IT IS, THEREFORE, ORDERED** that the Petitioner's second motion to reconsider is hereby **DENIED.**

**Signed: June 1, 2005**

Lacy H. Thornburg
United States District Judge